FILED
July 26, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:05-mj-211 KJM
       Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
Thomas W. Carlson, )
)
       Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Thomas W. Carlson Case No. 2:05-mj-211 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   _   Release on Personal Recognizance

   _   Bail Posted in the Sum of _____

   X   Unsecured Appearance Bond signed by deft's mother ($10,000)

   _   Appearance Bond with 10% Deposit

   _   Appearance Bond secured by Real Property

   _   Corporate Surety Bail Bond

   X   (Other) PTS conditions/supervision

Issued at Sacramento, CA on July 26, 2005 at 2:40 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge